

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
APR 2 7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Islas-Sandoval, Gabriel <br> Defendant. | Case No.: SACR 08-248-DOC <br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___Bkgrd, cmty ties unverified; illegal immigration status; lack of bail resources; conduct in not complying w/supervision___

1  conditions; assoc w/multiple personal identifiers
2  
3  and/or
4  B.  (X) The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7  finding is based on  criminal history record; recent
8  alleged commission of new offense, while
9  under supervision; possible gang affiliation
10 
11 
12 
13      IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.
15 
16 DATED:  4/27/11
17                                              ROBERT N. BLOCK
                                                 UNITED STATES MAGISTRATE JUDGE

Page 2 of 2